527  BEECHER vs. CIRCUIT JUDGE (Wayne), 70 M., 363.

To compel respondent to hear a motion for leave to amend a plea of the general issue, by adding a notice of justification

on the merits, and to set aside a former order granting such motion on the payment of $1,000 costs.

Granted May 18, 1888.

Held, that the terms imposed were not just or reasonable.